RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Leviathan Michael Woodley

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00950-DJA |
| Plaintiff, | ORDER **TO CONTINUE** |
| v. | **BENCH TRIAL** |
| LEVIATHAN MICHAEL WOODLEY, | (Fifth Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and Between Jason M. Frierson, United States Attorney, and Imani Dixon, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Leviathan Michael Woodley, that the bench trial currently scheduled on April 12, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1.     Counsel needs time to conduct specific investigation related to client's concern.

2.     There were communication issues that have since been resolved and counsel has been in contact with the defendant.

3.      The parties are very close to obtaining a final resolution or making a determination whether to proceed to trial.

4.      The defendant is not incarcerated and does not object to the continuance.

5.      Counsel does not anticipate any further continuances, absent unforeseen circumstances.

6.      Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code § 3161(h)(7)(B)(iv).

7.      The parties are asking for 45 days because counsel for the government will be out of the jurisdiction May 8 – 19, 2023 and counsel for the defendant has a jury trial that is proceeding May 8, 2023.

This is the fifth request for a continuance of the bench trial.

DATED this 7th day of April, 2023.


RENE L. VALLADARES                          JASON M. FRIERSON
Federal Public Defender                     United States Attorney


By /s/ Navid Afshar                         By /s/ Imani Dixon
NAVID AFSHAR                                IMANI DIXON
Assistant Federal Public Defender           Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

LEVIATHAN MICHAEL WOODLEY,

          Defendant.

Case No. 2:21-mj-00950-DJA

FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.    Counsel needs time to conduct specific investigation related to client's concern.

2.    There were communication issues that have since been resolved and counsel has been in contact with the defendant.

3.    The parties are very close to obtaining a final resolution or making a determination whether to proceed to trial.

4.    The defendant is not incarcerated and does not object to the continuance.

5.    Counsel does not anticipate any further continuances, absent unforeseen circumstances.

6.    Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code § 3161(h)(7)(B)(iv).

7.      The parties are asking for 45 days because counsel for the government will be out of the jurisdiction May 8 – 19, 2023 and counsel for the defendant has a jury trial that is proceeding May 8, 2023.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), when the considering the facts under Title 18, United States Code, § 316(h)(7)(B)(iv).

## ORDER

IT IS THEREFORE ORDERED that the bench trial currently scheduled on Wednesday, April 12, 2023, at 9:00 a.m., be vacated and continued to June 21, 2023, at 9:00 a.m., Courtroom 3A.

DATED this __10th__ day of April, 2023.

_____
DANIEL J. ALBREGTS
United States Magistrate Judge

4