RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Leviathan Michael Woodley

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LEVIATHAN MICHAEL WOODLEY,<br><br>    Defendant. | Case No. 2:21-mj-00950-DJA<br><br>ORDER    **TO CLOSE CASE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Imani Dixon, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Leviathan Michael Woodley, as follows:

1. Mr. Woodley is allowed to withdraw his guilty plea to Count One (Operating a Motor Vehicle while Under the Influence of Alcohol, 36 CFR § 4.23(a)(1));

2. Count One is amended to Reckless Driving (36 CFR § 4.2 and NRS § 484B.653);

3. Mr. Woodley pleads guilty to Amended Count One (Reckless Driving);

4. The sentence imposed on June 21, 2023, is applied to the Reckless Driving conviction;

5. The remaining term of unsupervised probation is terminated, and

6. The above-captioned matter is closed.

This Stipulation is entered into for the following reasons:

1. Mr. Woodley entered into a Petty Offense Plea Agreement with the United States on June 21, 2023. (ECF Nos. 24, 25.)

2. The parties agreed to recommend that defendant be sentenced to one year of unsupervised probation with the following special conditions: (i) pay a $500 fine and a mandatory $10 penalty assessment; (ii) attend and complete DUI course and victim impact panel; (iii) complete 8-hour online alcohol awareness course; (iv) be restricted from Lake Mead National Recreation Area for 6 months; and (v) not violate any local, state, or federal laws. (ECF No. 25 at 2.)

3. The parties further agreed that the charge to which Mr. Woodley pleaded would be reduced to Reckless Driving if he complied with the terms of unsupervised probation. (ECF No. 25 at 3.)

4. On June 21, 2023, this Court sentenced Mr. Woodley pursuant to the parties' plea agreement.

5. Since commencing his term of unsupervised probation, Mr. Woodley has completed all terms of supervision.

///
///
///

6. Given that Mr. Woodley has successfully completed all terms and conditions of his sentence, the parties jointly request that Mr. Woodley's conviction be reduced to Reckless Driving, as described in more detail above; that the remaining term of unsupervised probation be terminated; and that the above-captioned matter be closed.

DATED this 15th day of December, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Rick Mula*<br>RICK MULA<br>Assistant Federal Public Defender | By */S/ Imani Dixon*<br>IMANI DIXON<br>Assistant United States Attorney |

3

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LEVIATHAN MICHAEL WOODLEY,<br><br>    Defendant. | Citation No. 2:21-mj-00950-DJA<br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Mr. Woodley has successfully completed all terms and conditions of his sentence.

### ORDER

IT IS HEREBY ORDERED that Mr. Woodley is allowed to withdraw his guilty plea to Count One (Operating a Motor Vehicle while Under the Influence of Alcohol, 36 CFR § 4.23(a)(1)).

IT IS FURTHER ORDERED that Count One is amended to Reckless Driving (36 CFR § 4.2 and NRS § 484B.653).

IT IS FURTHER ORDERED that Mr. Woodley is guilty of Amended Count One (Reckless Driving).

IT IS FURTHER ORDERED the sentence imposed on June 21, 2023, is applied to the Reckless Driving conviction.

IT IS FURTHER ORDERED that the remaining term of unsupervised probation is terminated.

IT IS FURTHER ORDERED that because Mr. Woodley has completed all terms and conditions of his sentence and unsupervised probation, this case be closed.

DATED this 15th day of December, 2023.

DANIEL J. ALBREGTS
United States Magistrate Judge

5